# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM DONALD MOSLEY, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:15-cv-00358-WBH |
| EG SYSTEMS, INC. d/b/a SCOTTS LAWN SERVICE, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agreeing to the dismissal with prejudice of this action. Except as otherwise agreed to by the parties, each party shall bear its own costs and attorney's fees.

Respectfully submitted this 18th day of September, 2015.

1

<table>
<tr><td>

/s/  John L. Mays
Georgia Bar No. 986574
Dustin L. Crawford
Georgia Bar No. 758916

MAYS & KERR LLC
235 Peachtree Street NE
North Tower | Suite 202
Atlanta, Georgia 30303
Telephone:  (404) 410-7998
Facsimile:   (404) 855-4066
johnh@maysandkerr.com
dustin@maysandkerr.com

Counsel for Plaintiff

</td><td>

/s/  Jamie A. LaPlante
Jamie A. LaPlante
Ohio Bar No. 0082184
*Pro Hac Vice*
Porter Wright Morris & Arthur LLP
41 S High St. Suites 2800-3200
Columbus, OH 43215
Telephone: 614-227-2085
Fax: 614-227-2100
jlaplante@porterwright.com

Ronald G. Polly, Jr.
Georgia Bar No. 583264
rpolly@hptylaw.com
Hawkins Parnell Thackston & Young LLP
303 Peachtree Street, NE, Suite 4000
Atlanta, Ga, 30308
Telephone: (404) 614-7400

John M. Stephen, Trial Attorney
Ohio Bar No. 0022947
jstephen@porterwright.com
*Pro Hac Vice*

</td></tr>
</table>

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies the foregoing document has been prepared using Times New Roman, 14 point font.

Respectfully submitted this 18th day of September, 2015.

/s/ John L. Mays<br>
John L. Mays

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing *Joint Stipulation of Dismissal with Prejudice* by filing the same using the Court's ECF system, which will automatically send notification to the attorneys of record in this matter:

Submitted this 18th day of September, 2015.

/s/ John L. Mays<br>
John L. Mays